**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01396-REB

LUKE P., by and through his parents and next friends, JEFF and JULIE P.,

    Plaintiffs,

v.

THOMPSON R2-J SCHOOL DISTRICT,

    Defendant.

**ORDER**

**Blackburn, J.**

This matter is before me on the plaintiffs' Motion for Mandatory Preliminary Injunction [#2], filed July 25, 2005. I conclude that the defendant should have an opportunity to respond to the motion before further proceedings are scheduled.

**THEREFORE, IT IS ORDERED** as follows:

1) That the plaintiffs shall serve the defendant with the Complaint for Mandatory Preliminary Injunction, the Motion for Mandatory Preliminary Injunction, the brief in support of that motion, and this order as soon as practicable;

2) That after service of these documents is accomplished, the plaintiffs shall file with the court a return or returns of service demonstrating that the defendants have been properly served with these documents;

3) That the dates for the filing of the defendant's response and the plaintiffs' reply, if any, shall be determined under D.C.COLO.LCivR 7.1 C., with the defendant's response time beginning to run on the date the defendant has been served with both the complaint and the motion for preliminary injunction.

Dated July 28, 2005, at Denver, Colorado.

                BY THE COURT:

                s/ Robert E. Blackburn
                Robert E. Blackburn
                United States District Judge