**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01396-REB

LUKE P., by and through his parents and next friends, JEFF and JULIE P.,

    Plaintiffs,

v.

THOMPSON R2-J SCHOOL DISTRICT,

    Defendant.

_____

**ORDER AMENDING NOVEMBER 17, 2005, ORDER
DENYING MOTION TO DISMISS &
GRANTING MOTION FOR PRELIMINARY INJUNCTION**

**Blackburn, J.**

    This matter is before me on the defendant's motion to amend clerical error [#16], filed November 22, 2005. The plaintiff does not oppose the motion. On November 18, 2005, I issued an order [#15] denying the defendant's motion to dismiss, and granting the plaintiff's motion for preliminary injunction. In its motion to amend, the defendant notes three points in my November 18, 2005, order in which the key date of July 8, 2005, erroneously is referred to as July 8, 2004. This amended order corrects those three erroneous references to July 8, 2004.

    **THEREFORE IT IS ORDERED** as follows:

    1) That the defendant's motion to amend clerical error [#16], filed November 22, 2005, is **GRANTED**;

    2) That the reference to "July 8, 2004," in the last line of page seven of my November 18, 2005, order [#15] is **AMENDED** to read "July 8, 2005";

    3)  That the reference to "July 8, 2004," in the paragraph numbered 4) on page 14 of my November 18, 2005, order [#15] is **AMENDED** to read "July 8, 2005";

    4)  That the reference to "July 8, 2004," in the paragraph numbered 5) on page 14 of my November 18, 2005, order [#15] is **AMENDED** to read "July 8, 2005"; and

    5) That my November 18, 2005, order [#15] otherwise **SHALL REMAIN IN EFFECT**.

    Dated December 12, 2005, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Robert E. Blackburn  
                                      Robert E. Blackburn  
                                      United States District Judge