**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-01396-REB

LUKE P., by and through his parents and next friends, JEFF and JULIE P.,

    Plaintiffs,

v.

THOMPSON R2-J SCHOOL DISTRICT,

    Defendant.
_____

MINUTE ORDER[1]
_____

    Plaintiff's Motion to Remove Attorney from Court Records an Filings [#24] filed May 17, 2006, is GRANTED.  Sabina Y. Chung is removed as the attorney of record for the plaintiff and shall be taken off the notice of electronic case filing list for this case.

Dated:  May 17, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.