**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  05-cv-01396-REB

LUKE P., by and through his parents and next friends, JEFF and JULIE P.,

     Plaintiffs,

v.

THOMPSON R2-J SCHOOL DISTRICT,

     Defendant.

---

### ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

     This matter is before me *sua sponte* on a review of the status of this case.  Since

I entered my Order Concerning Reimbursement of Costs [#26], on June 30, 2006, there

has been no further activity in this case.  It is apparent that, at least for the time being,

the parties' dispute about the defendant's payment obligations under the Individuals

with Disabilities Education Act (IDEA), 20 U.S.C. § 1400 to 1482, has been resolved.

     Considering these circumstances, I conclude that this case should be closed

administratively.  Any party may seek to re-open this case on a showing of good cause.

*See* **D.C.COLO.LCivR 41.2**.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That under **D.C.COLO.LCivR 41.2** this case is **CLOSED**

**ADMINISTRATIVELY**; and

2.  That any party may seek to re-open this case on a showing of good cause.

Dated June 7, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**